# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 17-0646V
Filed: August 20, 2018
UNPUBLISHED

| | |
|---|---|
| SUSAN CHATRIAND,<br><br>　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Guillain-<br>Barre Syndrome (GBS) |

*Leah VaSahnja Durant*, Law Offices of Leah V. Durant, PLLC, Washington, DC, for petitioner.
*Claudia Barnes Gangi*, U.S. Department of Justice, Washington, DC, for respondent.

### DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

　　On May 16, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered Guillian-Barre syndrome ("GBS") as a result of an influenza vaccination she received on November 8, 2011. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

　　On January 19, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation for GBS. On August 20, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $351,157.86 (comprising $225,000.00 for pain and suffering, $3,671.69 for past out of pocket medical expenses, and $122,486.17 for past and future lost wages). Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered award. Based

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $351,157.86 (comprising $225,000.00 for pain and suffering, $3,671.69 for past out of pocket medical expenses, and $122,486.17 for past and future lost wages) in the form of a check payable to petitioner, Susan Chatriand.** This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                              **s/Nora Beth Dorsey**
                              Nora Beth Dorsey
                              Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| SUSAN CHATRIAND, | ) |
| | ) |
| Petitioner, | ) |
| | )   No. 17-646V |
| v. | )   **Chief Special Master Dorsey** |
| | )   **ECF** |
| SECRETARY OF HEALTH AND | ) |
| HUMAN SERVICES, | ) |
| | ) |
| Respondent. | ) |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

**I.** **Items of Compensation**

On January 19, 2018, respondent conceded that entitlement to compensation was appropriate under the terms of the Vaccine Act. Thereafter, on January 19, 2018, Chief Special Master Dorsey issued a Ruling on Entitlement, finding that petitioner was entitled to vaccine compensation for her Guillian-Barre syndrome. Based upon the evidence of record, respondent proffers that petitioner should be awarded $351,157.86. The award is comprised of the following: $225,000.00 for pain and suffering; $3,671.69 for past out of pocket medical expenses; and $122,486.17 for past and future lost wages. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

**II.** **Form of the Award**

The parties recommend that compensation provided to petitioner should be made through

a lump sum payment of **$351,157.86**, in the form of a check payable to petitioner.[1]  Petitioner agrees.

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

    Respectfully submitted,

    CHAD A. READLER
    Acting Assistant Attorney General

    C. SALVATORE D'ALESSIO
    Acting Director
    Torts Branch, Civil Division

    CATHARINE E. REEVES
    Deputy Director
    Torts Branch, Civil Division

    ALEXIS B. BABCOCK
    Assistant Director
    Torts Branch, Civil Division

    s/ *Claudia B. Gangi*
    Claudia B. Gangi
    Senior Trial Attorney
    Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 146
    Benjamin Franklin Station
    Washington, D.C. 20044-0146
    Tel:  (202) 514-9729
    Fax:  (202) 616-4310
    Email:  claudia.gangi@usdoj.gov

Dated:  August 20, 2018

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future lost earnings and future pain and suffering.